UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
CHARLOTTE, NC
OCT 3 1 2022
US DISTRICT COURT
WESTERN DISTRICT OF NC

Michael Anthony LoRusso
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Duke Energy Company
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:22-cv-598
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Michael Anthony LoRusso
   Street Address: 10800 Evans Road
   City and County: Polk City, Polk County
   State and Zip Code: 33868
   Telephone Number: N/A
   E-mail Address: N/A

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: Duke Energy Company
    Job or Title (if known):
    Street Address: 550 South Tryon Street
    City and County: Charlotte, North Carolina 28202
    State and Zip Code: 28202
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Violation of The Sherman Anti Trust

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Michael Lorusso, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Duke Energy Company, is incorporated under the laws of the State of *(name)* North Carolina, and has its principal place of business in the State of *(name)* North Carolina.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Duke Energy Company, is incorporated under the laws of the State of *(name)* North Carolina, and has its principal place of business in the State of *(name)* North Carolina. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* North Carolina.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Anti Trust is over charging numerous customers in the state of Florida in Violation of Sherman Anti-Trust Monology of outrageous charges.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Violation of Duke energy policies that has overcharged Plaintiff for Violation of Sherman Act.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A judgement for all the customers in the State of Florida being overcharged in the dead heat of Florida's summers for electric bills. A total of 10,000,000.00 in damages

That Duke Energy has cost homeless, pain + suffering by greed of overcharging services for electric in the state of Florida.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff

Printed Name of Plaintiff: Michael LoRusso

### B. For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

In The United States
of North Carolina
Division

Michael Anthony CoRusso,      Case No: Pending
            Plaintiff,
vs
Duke Energy Company,
            Defendant,
_____/

## Violation Of The Sherman Act

As Defendant is a multi-billion Company that in The State of Florida has engaged in a profit of a monolopy and Violation of The Sherman Act

### Plaintiff

1. Plaintiff is currently incarcenated in The Department of Corrections, State of Florida.

### Defendant

1. Duke Energy produces energy for millions of Customers in the state of Florida.

### Statement of Claim

1. That Defendant has violated Sherman Act in violation of total monolopy in the state of Florida.

-1-

Florida customers in electric rates of the record heat waves to turn on the air conditioner. The energy costs of a durage customer monthly bill is $477.00 in the summer months.

Defendant with billions and billions in profits that are not regulated especially Governor Ron Desantis and Senator Rick Scott. Defendant now is seeking a 40% raise in electric rates starting in January of 2023.

The price of paraside keeps raising under Ron Desantis and Rick Scott who owns stock in Duke energy. So, billions and billions dollars and Defendant freely knows that living in Florida without air conditioning is unbearable.

As Governor Desantis has repeatedly stated that no type of regulation needs to be done with Duke energy policies. Duke energy donated 2 million dollars for Ron Desantis re-election efforts. The hard working people of Florida are being raped by Defendant and The Federal Courts can filed an Injunction to stop a 40% increase on electric bills.

Poor, ~~elderly~~ old people fixed income pay their electric bill or buy food. Defendant has no concern of that just more and more profits.

This violation of The Sherman Act comes in good faith.

Respectfully,
x _____
Michael CoRusso
#345454
10800 Evans Road
Polk C.J.
Polk City, Florida
33868